8th EDITION

*Creasy & Resnik's*

# MATERNAL-FETAL MEDICINE

## Principles and Practice



Robert Resnik
Charles J. Lockwood
Thomas R. Moore
Michael F. Greene
Joshua A. Copel
Robert M. Silver

ELSEVIER

EXHIBIT
10

46

# Placenta Previa and Accreta, Vasa Previa, Subchorionic Hemorrhage, and Abruptio Placentae

ANDREW D. HULL, BMedSci, BMBS | ROBERT RESNIK, MD | ROBERT M. SILVER, MD

Bleeding in the later stages of pregnancy has been described as "third-trimester bleeding" or "antepartum hemorrhage." Late-pregnancy bleeding is a significant cause of maternal and fetal morbidity, fetal mortality, and preterm delivery. Traditional accounts of such bleeding have addressed placenta previa, abruptio placentae, and vasa previa, although in fact the only thing these clinical problems have in common is that they all are concerned with hemorrhage. The etiology, management, and complications of each are quite distinct. In the past, uncertainty in precise diagnosis of the cause of late-pregnancy bleeding has led to these conditions' being considered together, but the universal availability of ultrasound technology has eliminated much of the diagnostic dilemma.

Bleeding during the second half of pregnancy complicates about 6% of all pregnancies. Placenta previa is ultimately documented in 7% of cases, and evidence of significant placental abruption is found in 13%. In the remaining 80% of cases, the bleeding can be ascribed to early labor or local lesions of the lower genital tract, or no source can be identified.[1] Faced with a woman with late-pregnancy bleeding, the clinician must rapidly reach a firm diagnosis and management plan to ensure the optimal outcome for mother and baby. Ultrasonography, electronic fetal monitoring, and, often, evaluation of the function of the maternal coagulation system make up the foundation on which both diagnosis and management are developed. Clinical assessment must occur simultaneously with imaging and fetal assessment.

In asymptomatic patients who are without antenatal bleeding but have been identified by prenatal ultrasonography as having risk factors (placenta previa, placenta accreta, or vasa previa), timing of delivery is the most important clinical decision that needs to be made.

## Placenta Previa

### DEFINITION AND EPIDEMIOLOGY

Advances in the precision of sonographic diagnosis, particularly transvaginal ultrasound (TVUS) imaging, and increased understanding of the changing relationship between the placenta and the internal cervical os as pregnancy advances have rendered traditional definitions and classifications of placenta previa obsolete. A clinically significant abnormality of placental position occurs when the placenta covers the cervix completely or extends close enough to the cervix to cause bleeding when the cervix dilates or the lower uterine segment effaces. TVUS allows for localization of the placenta in relation to the internal cervical os with great precision. If the placenta is more than 2 cm from the cervix, there is no increased risk of bleeding.[2] A definitive diagnosis of placenta previa should be avoided in asymptomatic patients before the third trimester, because many cases of placenta previa identified early in pregnancy resolve as pregnancy advances. The recent National Institute of Child Health and Human Development panel on fetal imaging[3] recommended the replacement of all prior definitions with two terms: "placenta previa" and "low-lying placenta." For pregnancies greater than 16 weeks, if the placental edge is 2 cm or more from the internal os, the placental location should be reported as normal. If the placental edge is less than 2 cm from the internal os but does not cover it, the placenta should be reported as low lying and the distance reported. If the placental edge covers the internal os, it should be labeled as a placenta previa. Both low-lying placenta and placenta previa should have follow-up sonography at 32 weeks' gestation. If the placenta remains low lying (<2 cm from the internal os) or continues to cover the internal os (placenta previa), follow-up TVUS at 36 weeks' gestation is recommended. These recommendations apply only to asymptomatic women *without* bleeding.

Placenta previa affects about 1 (0.5%) of every 200 pregnancies at term.[4] There is some evidence that the incidence of placenta previa is increasing.[5] This increase may be related to the increasing rate of cesarean section observed in all developed countries. A single prior cesarean section or a prior pregnancy complicated by placenta previa increases the incidence of placenta previa in a subsequent pregnancy to as high as 5%,[1,6,7] and the risk increases further with a history of more than one prior cesarean delivery.[8] Advanced maternal age increases the incidence of placenta previa to 2% after 35 years of age and 5% after age 40.[8] Multiparity, prior suction curettage, and smoking are all associated with higher risks of placenta previa.[9-11] The relative risks for these associated factors are summarized in Table 46.1.

### PATHOGENESIS

The underlying cause of placenta previa is unknown. There is a clear association between placental implantation in the lower uterine segment and prior endometrial damage and uterine

scarring from curettage, surgical insult, prior placenta previa, or multiple prior pregnancies.

At least 90% of placentas identified as being low-lying or previa in early pregnancy ultimately resolve by the third trimester.[12] The term *placental migration* is widely used to describe this phenomenon. The placenta clearly does not move, however; rather, it is likely that the placenta grows toward the better blood supply at the fundus (a process known as trophotropism), leaving the distal portions of the placenta, closer to the relatively poor blood supply of the lower segment, to regress and atrophy. As the uterus grows and expands to accommodate the developing fetus, there is differential growth of the lower uterine segment, and this may further increase the distance between the lower edge of the placenta and the cervix.

Bleeding from placenta previa may occur before labor as a result of development of the lower uterine segment and effacement of the cervix with advancing gestation. Prelabor uterine contractions may also produce bleeding, as may intercourse or injudicious vaginal examination. Once labor begins, significant bleeding will occur as the cervix dilates and the placenta is forced to separate from the underlying decidua.

**TABLE 46.1 Risk Factors and Relative Risks of Placenta Previa**

| Risk Factor | Increased Risk | References |
|---|---|---|
| Previous placenta previa | 8× | Monica and Lilja, 1995[7] |
| Previous cesarean section | 1.5–153× | Hershkowitz et al., 1995[6]; Hemminki and Merilainen, 1996[5] |
| Previous suction curettage for abortion | 1.33× | Taylor et al., 1994[10] |
| Age >35 years | 4.73× | Iyasu et al., 1993[2] |
| Age >40 years | 9× | Ananth et al., 1996[1] |
| Multiparity | 1.1–1.73× | Williams and Mittendorf, 1993[9] |
| Nonwhite race (all) | 0.33× | Iyasu et al., 1993[2] |
| Asian race | 1.93× | Iyasu et al., 1993[2] |
| Cigarette smoking | 1.4–3.3× | Handler et al., 1994[11]; Ananth, Savitz, and Luther, 1996[152]; Chelmow et al., 1996[190] |

## DIAGNOSIS

The classic history for placenta previa is that of painless third-trimester bleeding. Several small "herald bleeds" may occur in advance of major hemorrhage, but in up to 10% of cases there is no bleeding until the onset of labor. Some women experience pain secondary to uterine contractions. Bleeding may be provoked by labor, examination, or intercourse, but it usually has no identifiable precipitating cause. The patient is more likely to have a fetus with an abnormal lie because the placenta previa may prevent the fetus from establishing normal polarity. All women presenting with painless vaginal bleeding after 20 weeks' gestation should be assumed to have a placenta previa until proven otherwise. Transabdominal ultrasound should be quickly utilized to screen for placenta previa. Unless the placenta is clearly fundal and the lower segment is clear, TVUS should then be performed. Transabdominal ultrasound has been shown to be inferior to TVUS for definitive placental localization.[13,14] Concerns regarding the potential for TVUS to provoke bleeding are unfounded, and several studies have confirmed the safety of a careful TVUS approach (Fig. 46.1).[8,14,15] The placement of the transvaginal probe should be observed continuously on the ultrasound monitor during insertion, to avoid placing the probe into a potentially dilated cervix. If a transvaginal probe is unavailable, translabial imaging using a regular abdominal probe can produce excellent results, with better visualization of the relationship between the cervix and placenta than is obtained from transabdominal scanning.[16] A digital or speculum examination to inspect the cervix for local causes of bleeding should not be performed until placenta previa has been excluded by ultrasonography.

In the unusual setting of significant late-pregnancy bleeding where ultrasound is not available and the diagnosis is not clear, there is still a place for the "double-setup" examination. The patient is taken to the operating room, and preparations are made for a cesarean delivery. A vaginal examination is then performed, beginning in the vaginal fornices and avoiding placing the fingers directly in the cervix. If a placenta previa is detected, cesarean section is performed. If no placenta previa is found, a search for other causes of third-trimester bleeding ensues.




**Figure 46.1 Ultrasound study performed at 18 weeks' gestation for fetal anatomy survey.** (A) Transabdominal ultrasound shows an apparent "low-lying placenta." (B) Transvaginal ultrasound shows that the placenta completely covers the cervix.

### *Implications of Early Pregnancy Diagnosis*

The routine use of ultrasonography in the first and second trimesters of pregnancy has led to the frequent observation of a low-lying placenta or placenta previa.

Transabdominal ultrasound tends to overdiagnose low-lying placenta and placenta previa, especially when the bladder is empty.[17] Even with TVUS, the findings may not correlate with the placental position at term. Several reports confirm that up to 10 times as many women are found to have a placenta previa in the second or first trimester than at delivery.[15,18–22] The earlier in pregnancy a diagnosis of placenta previa is made, the less likely it is that the finding will persist at delivery.[23] The likelihood of persistence to term of a placenta previa found in the second trimester is also related to the degree to which the placenta overlies the cervix[15,18–22] and the thickness of the placental edge.[24] It is recommended that a follow-up ultrasound study be performed at 32 weeks' gestation to further evaluate the placental position.[3] If there appears to be a significant change in the position of the placental edge over time, a final study should be done at 36 weeks, before making a final decision as to the appropriate route of delivery.

## MANAGEMENT

Any woman with vaginal bleeding after 20 weeks' gestation should be assessed on a labor and delivery unit. The primary focus should be on hemodynamic assessment of the mother and assessment of fetal well-being. Vital signs are obtained, and electronic fetal monitoring is initiated. One or two large-gauge intravenous lines should be placed, and maternal blood should be sent for determination of the hematocrit and type and screen. For substantial bleeding episodes, 2 to 4 units of blood should be cross-matched. Obstetric units might consider the use of an "Obstetric Hemorrhage Protocol" to facilitate access to the resources of the hospital blood bank for this and any other obstetric hemorrhage (Box 46.1). Rh immune globulin is administered, when appropriate, to Rh-negative, nonimmunized women.

Once the patient is stable and fetal condition has been assessed, the definitive cause of the bleeding can be addressed. If the diagnosis is clearly placenta previa and the patient is at or beyond 36 weeks' gestation, delivery is appropriate. If bleeding is excessive or continues, or if there are concerns about the condition of the fetus, the patient should be delivered regardless of gestational age. In all other cases, management may be conservative and has been shown to be safe,[25,26] with prolongation of pregnancy by an average of 4 weeks after the initial bleeding episode. The closer the gestational age to 36 weeks, the less likely it is that a significant prolongation of pregnancy will be gained.[27] Betamethasone to enhance fetal lung maturation should be administered to patients who are at less than 34 weeks' gestation if expectant management is planned.

There is controversy regarding the role of tocolytics in the setting of hemorrhage from placenta previa. Both β-mimetics and magnesium sulfate[28–30] have been used in this setting and appear to be associated with significant prolongation of pregnancy without adverse effects.

After the initial presentation with bleeding, patients should remain in hospital until they have been free of bleeding for at least 48 hours. Some may then be considered for home management. Several studies have addressed the issue of safety of outpatient management in a controlled setting at home.[26,31–34] With the exception of one report of an increase in perinatal mortality and morbidity and earlier gestational age at birth,[35] it appears to be a safe approach. Patients selected for home management should be asymptomatic with regard to bleeding and abdominal pain, should be able to remain at home with limited activity, and should have adequate support as well as adequate access to transport to a nearby hospital if bleeding recurs. A second significant bleeding episode usually results in readmission until delivery.

Several strategies have been proposed to reduce the risk of hemorrhage in women with a known placenta previa. Bed rest, reduced activity, and avoidance of intercourse are commonly mandated and seem logical, although there is no conclusive evidence to support these measures. Cervical cerclage was evaluated in two small, prospective studies[36,37] without clear evidence of benefit and is not recommended.

All women whose placenta lies within 2 cm of the cervix, as documented by a late third-trimester TVUS scan, should be delivered by cesarean section.[38–40] An asymptomatic woman whose placenta lies more than 2 cm from the cervical os can be allowed to labor safely.[17] The presence of a low-lying placenta, even if it does not cause intrapartum bleeding, increases the risk of postpartum hemorrhage because of lower uterine segment atony.

Cesarean section for placenta previa should be performed by the most experienced team available because of the substantial risk of intraoperative hemorrhage.[41] In most instances, a lower uterine segment incision is appropriate. If the placenta is anterior, it is necessary to clamp the umbilical cord immediately to prevent excessive blood loss caused by disruption of the placenta during entry. A vertical incision is also reasonable in such cases and may be preferable if the fetus is premature or if a transverse lie exists.[42] Postpartum hemorrhage may occur from the placental implantation site secondary to atony and may require the use of additional pharmacologic agents to control blood loss, such as methylergonovine maleate (Methergine),

**BOX 46.1 OBSTETRIC HEMORRHAGE PROTOCOL**

- Blood is immediately drawn and set up for:
  - Type and cross-matching
  - Hematocrit
  - Coagulation studies (PT/PTT/fibrinogen)
  - Wall clot (blood is drawn into a plain tube and set aside; it should clot within 6 min)
- An ABG determination may be requested to assess acute blood loss (typically, every increment in base deficit of −1 to −2 requires 1 unit of PRBCs to correct it)
- Four units of type-specific or O-negative blood are made immediately available.
- The laboratory immediately starts to cross-match 4 units of blood and stays 4 units ahead of blood use.
- Two units of FFP are thawed and made available.
- One 10-pack of platelets is made available.
- The blood bank is alerted to provide further units of blood, FFP, and platelets as needed.
- Further samples for ABG and other laboratory studies are drawn as required.

*ABG*, Arterial blood gases; *FFP*, fresh-frozen plasma; *PRBCs*, packed red blood cells; *PT*, prothrombin time; *PTT*, partial thromboplastin time.

carboprost tromethamine (Hemabate), also known as 15-methyl prostaglandin $F_{2\alpha}$, and high-dose oxytocin, used either singly or in combination. The B-Lynch suture[43] or local suturing of the placental bed may be needed to control bleeding, the Bakri Postpartum Balloon (Cook Medical, Bloomington, IN) may also be useful in the control of postpartum hemorrhage following cesarean section for placenta previa.[44] In rare cases of refractory hemorrhage, hysterectomy may be required.

Among women known to have a placenta previa who do not require very early delivery, elective delivery should be performed before significant bleeding has occurred. It is reasonable to plan on delivery at or just after 36 weeks' gestation, because there is little fetal advantage after that time when weighed against the risk of a sudden and possibly excessive bleeding episode.[45-47] Amniocentesis to confirm lung maturity before delivery is not needed.

The selection of anesthesia to be used for cesarean section in cases of placenta previa should be decided by the obstetrician and anesthesiologist involved with the delivery, in concert with the patient. In the United Kingdom, regional anesthesia was preferred by most obstetric anesthesiologists in a survey[48] and was used in 60% of cases in a retrospective series.[49] Regional anesthesia is associated with lower operative blood loss and less need for transfusion than general anesthesia,[4,50] probably because many inhaled anesthetics cause uterine relaxation.

### *Placenta Accreta Spectrum*

*Placenta accreta* occurs when trophoblast is attached to the myometrium without intervening decidua—that is, invasion beyond the normal boundary established by the Nitabuch fibrinoid layer. If invasion extends into the myometrium, the term *placenta increta* is used; placental invasion beyond the uterine serosa (at times involving the bladder or other pelvic organs and vessels) is termed *placenta percreta.* In this chapter, placenta accreta will be used to refer to the entire spectrum unless otherwise specified. The term *morbidly adherent placenta* also is used to describe placenta accreta. Histologic examples of normal placental implantation and placenta accreta are shown in Fig. 46.2.

The most important risk factors for placenta accreta are placenta previa and prior cesarean delivery, especially multiple cesareans.[51,52] Indeed, the risk exceeds 60% in women with previa and three or more cesareans.[53-55] Prevalence appears to be similar in women with these risk factors who are undergoing second-trimester pregnancy termination.[56] Other risk factors include other uterine surgeries (e.g., endometrial ablation, myomectomy, uterine curettage), pelvic radiation, in vitro fertilization, short interpregnancy interval, increased maternal age, smoking, and parity.[57]

The diagnosis of placental invasion of the myometrium can often be made by ultrasound, with a reported sensitivity and specificity for the diagnosis of approximately 80% to 90%.[58-63] However, most published studies are prone to bias and may overestimate the accuracy of ultrasound. In a study wherein "experts" were blinded to clinical status, ultrasound had a sensitivity of 55%, specificity of 88%, and accuracy of 65%.[64] Also, there was considerable variation among experienced clinicians in the prediction of accreta, underscoring the fact that features of accreta are often present in normal placentas.[65]

The ultrasound appearance of a normal placental implantation site is shown in Fig. 46.3A. Normal attachment is characterized by a homogeneous appearance of the placenta and a




**Figure 46.2 Histologic appearance of normal placental implantation and placenta accreta.** (A) Histologic section of a normal placental implantation site. Trophoblastic tissue with anchoring villi encroach on but do not go through the Nitabuch membrane. (B) Representative histologic section of placenta accreta, demonstrating invasion of trophoblasts into the myometrial tissue.

hypoechoic boundary between the placenta and the bladder that represents the myometrium and the normal retroplacental myometrial vasculature. The bladder wall is intact throughout. In contrast, placental accreta is associated with loss of the normal hypoechoic boundary, and there are usually intraplacental sonolucent spaces adjacent to the involved uterine wall (Fig. 46.3B). Color flow and power Doppler sonography also can facilitate the diagnosis.[66-68] Turbulent flow in placental lacunar spaces and increased vascularity in the placenta-uterus interface all are characteristic of accreta. The same sonographic features may be identified as early as the first trimester (Fig. 46.4).[69-71] First-trimester diagnosis is particularly accurate in the setting of cesarean scar ectopic pregnancy.[71] All women with clinical risk factors for accreta should be referred for obstetric sonography in a unit with appropriate expertise in the diagnosis of accreta.

Magnetic resonance imaging (MRI) has also been used to confirm the diagnosis or to better delineate the presence or extent of accreta.[72,73] MRI has been reported to have high accuracy for the diagnosis of placenta accreta.[74] However, studies are




**Figure 46.3 Ultrasound appearance of a normal placental implantation site and placenta accreta.** (A) Normal placental implantation in an anterior placenta previa. A hypoechoic area *(arrow)* separates the bladder wall and the placental tissue, representing myometrium and myometrial vasculature. (B) Characteristic ultrasound appearance of placenta accreta. Notice the lack of a hypoechoic area and the obliteration of the well-delineated bladder wall. In addition, there are intraplacental sonolucent spaces *(arrowheads)* adjacent to the involved uterine wall. *B*, Bladder; *C*, cervix; *P*, placenta.




**Figure 46.4 Characteristic appearance of a placenta accreta in the first trimester.** (A) Sonolucent spaces *(arrow)* are present in the placenta. There is also absence of a well-defined retroplacental clear space. (B) Color flow Doppler study of the same patient demonstrating bridging of vessels into the placental tissue *(arrow)*. (C) A coronal view demonstrating sonolucent spaces and bridging of vessels, as well as absence of the retroplacental clear space and loss of continuity of the bladder wall.

prone to even more bias than those for ultrasound, and it is uncertain that MRI provides accuracy beyond that achieved by ultrasound alone.[62] It is speculated to be most useful in the presence of a posterior placenta and in the assessment of deep myometrial, parametrial, and bladder involvement.[72] The use of gadolinium may improve the ability of MRI to diagnose placenta accreta.[75] However, a large Canadian study noted an increased risk of a broad set of rheumatologic, inflammatory, or infiltrative skin conditions and for stillbirth or neonatal death after exposure to gadolinium-enhanced MRI during pregnancy. The same study found no risk of any adverse outcome after exposure to MRI without gadolinium during pregnancy, even in the first trimester.[76]

The preferred and generally recommended treatment for placenta accreta is a cesarean delivery and hysterectomy. It is important, if at all possible, to make the diagnosis before delivery, because intraoperative hemorrhage can be massive, and placenta accreta has been reported to be the most common indication for emergency peripartum hysterectomy.[77,78] There is now ample evidence that predelivery diagnosis of placenta accreta, combined with elective delivery under optimal circumstances and care provided by a multidisciplinary team, markedly reduces maternal morbidity and intraoperative blood

loss.[79-82] The timing of elective delivery (34 to 37 weeks' gestation) has been somewhat controversial. We plan for delivery at 34 to 35 weeks after maternal corticosteroid administration. With this approach, our neonatal outcomes have been favorable.[80] Delivery is performed without amniotic fluid confirmation of fetal lung maturity. This strategy is supported by a decision analysis comparing various gestational ages with and without amniocentesis before delivery.[83]

In addition, delivery should be accomplished in a center with appropriate multidisciplinary expertise and experience in the care of placenta accreta.[57] Outcomes are improved and the chances of complications diminished when accretas are managed at regional referral centers or "centers of excellence."[84-87]

In an effort to diminish blood loss, it is recommended that delivery be accomplished through a fundal incision (avoiding the placenta) followed by clamping of the cord. The placenta is allowed to remain in situ while the surgeons proceed to a total abdominal hysterectomy. This may require very complex surgical technique and planning, and a pelvic surgeon capable of wide resection of the lower uterine segment and parametrial areas should be available, as should ample transfusion capability.

Although published reports are not extensive, it has been suggested that balloon occlusion of the aorta or internal iliac vessels may help to prevent excessive blood loss during resection of the lower uterine segment. This involves preoperative placement of balloon-tipped catheters retrograde through the femoral arteries immediately before surgery. The catheters are guided under fluoroscopic direction into the internal iliac arteries and inflated during the dissection. However, the value and safety of this approach have been challenged since reports of no proven benefit and embolic complications were published.[88,89] The utility of balloon-tipped catheters remains unclear because the timing of deployment during surgery has been highly variable and inconsistent.[90] A recent comprehensive literature review concluded that there is a need for larger studies, or preferably a randomized trial, to provide adequate answers to this controversial issue.[91]

On the surface, conservative management seems like an attractive option since it avoids a morbid surgery and may lead to preserved fertility. However, safety remains uncertain. It is appealing if there is suspicion of a small focal accreta, if there is a fundal location after a myomectomy or classic cesarean section, or with a posteriorly implanted placenta. Several case series note good outcomes after leaving the uterus and placenta in situ (delivery via fundal hysterotomy).[92-94] Most women are treated with uterine artery embolization postoperatively. Sentilhes and colleagues reported on a cohort of 167 women with accreta in whom conservative management was planned before delivery. Eighteen required a primary hysterectomy for intraoperative bleeding, and 18 underwent a delayed hysterectomy. Severe morbidity occurred in 10 women, and there was one death due to complications of methotrexate therapy.[95] Due to risks as well as lack of proven efficacy, methotrexate is unequivocally not advised for conservative management of accreta. Follow-up was available for 35 women, of whom 14 desired a subsequent pregnancy. Of the 15 pregnancies achieved, there were 6 first-trimester losses, 4 preterm infants, and 2 recurrent placenta accretas.[96] Although these outcomes are acceptable to some women, it is impossible to be sure that they all had true accretas since there were no specimens to assess histologically. Accordingly, the risk in "true" accretas may be considerably higher than reported in these studies. At present, conservative management should be undertaken with extreme caution and appropriate counseling regarding risks.

### *Neonatal Complications*

It has been suggested that placenta previa is associated with fetal growth impairment, perhaps due to placental insufficiency or bleeding,[97] although this has been disputed.[27] Pregnancies complicated by placenta previa have also been reported to be associated with higher rates of fetal anomalies,[98] neurodevelopmental delay,[99] and sudden infant death syndrome.[100] The reasons for these findings are unknown. As might be expected, placenta previa and placenta accreta are causes of preterm birth due to the need for iatrogenic preterm delivery. Placenta accreta has also been reported to have a negative influence on fetal growth (odds ratio [OR] = 5.05 compared with controls).[101] Nonetheless, neonatal outcomes in the setting of accreta are generally good, and morbidity is for the most part related to preterm birth rather than the accreta itself.

# Vasa Previa

## DEFINITION AND EPIDEMIOLOGY

Vasa previa is a rare but potentially catastrophic complication in which fetal vessels run through the fetal membranes and are at risk of rupture with consequent fetal exsanguination. It is estimated that vasa previa affects approximately 0.6:1000 pregnancies.[102]

## PATHOGENESIS

Vasa previa may occur when the insertion of the umbilical cord into the placenta is velamentous, with the umbilical vessels coursing through the fetal membranes before inserting into the placental disk and the unsupported vessels then overlying the cervix. It may also result from the presence of a bilobed or succenturiate placenta, with the connecting vessels similarly overlying the cervix.[17] If the condition goes unrecognized, it is associated with a fetal mortality rate of almost 60% due to the tearing of fetal vessels at the time of membrane rupture or labor.[103] In addition to a succenturiate placenta[104] and velamentous insertion, other risk factors include a low-lying placenta observed in the second trimester,[105] multiple gestation, and in vitro fertilization.[106] The risk factors have been summarized in a review of several publications.[102]

## DIAGNOSIS

The key to reducing fetal loss from vasa previa is prenatal diagnosis.[17] Many cases of vasa previa are identified only at the time of vessel rupture in labor. Vaginal bleeding is followed by fetal distress and death if emergent delivery cannot be accomplished in time. Because the entire fetal cardiac output passes through the cord, it can take less than 10 minutes for total exsanguination to occur. It has been suggested that the blood from the vagina may be tested to confirm its fetal origin, using the Apt or Kleihauer-Betke test or electrophoresis.[107] In actual practice, such tests are unavailable or cannot be done quickly enough to be of any value. Electronic fetal monitoring may show an initial tachycardia, rapidly followed by decelerations, bradycardia, and




**Figure 46.5 Vasa previa identified at 18 weeks' gestation on routine ultrasound studies.** (A) Transabdominal power Doppler identifies the umbilical cord possibly overlying the cervix. (B) A fetal arterial waveform using power and pulse-wave Doppler. (C) Vasa previa in gray scale on transvaginal ultrasound. (D) Confirmation of the vasa previa by color Doppler transvaginally.

a preterminal sinusoidal rhythm.[108] If vasa previa is suspected, urgent cesarean delivery must be accomplished.

It is now well established that vasa previa may be diagnosed prenatally with the use of ultrasound. Routine obstetric ultrasound should include an assessment of the placental site and number of placental lobes and an evaluation of the placental cord insertion site with color Doppler. In all cases in which a multilobed or succenturiate placenta or a low-lying placenta or velamentous cord insertion is identified using transabdominal ultrasound, a detailed examination of the lower uterine segment and cervix should be performed using TVUS. Gray-scale ultrasound can identify placental cord insertion in most cases, but color or power Doppler makes the process easier and should be used (Figs. 46.5 and 46.6).[109-112] Several studies that have evaluated this approach for prenatal detection of vasa previa[109-113] all showed high specificity and sensitivity of detection with little impact on the length of scan time. More importantly, in cases in which vasa previa was detected prenatally, there were no fetal deaths from the condition. A large retrospective, multicenter study showed newborn survival rates of 97% in prenatally detected cases of vasa previa and a fetal loss rate of 56% in cases not identified before the commencement of labor.[114]

Newer imaging modalities such as MRI[115] and three-dimensional ultrasound have been described in the evaluation of vasa previa.[116,117] MRI is of little practical use in routine cases. Although transvaginal three-dimensional power Doppler provides an excellent means of visualizing the entire lower uterine segment for the evaluation of vasa previa, similar information may be obtained by careful use of a two-dimensional vaginal probe. Such imaging combined with maternal positional change, the use of the Trendelenburg position, and gentle manual elevation of the fetal presenting part aids in visualizing the fetal vessels. The latter technique is particularly useful because the vessels may be compressed by the presenting part and therefore difficult to visualize. Intermittent pressure applied to the transabdominal ultrasound probe may help to distinguish a vasa previa from a funic cord presentation.



**Figure 46.6 Vasa previa.** The placenta from the case identified in Fig. 46.5. The patient was delivered by elective cesarean section at 34 weeks' gestational age. Arrow shows velamentous cord insertion.

Once the diagnosis has been established, it is important to do follow-up evaluations, particularly if the cause is a low-lying

or partial placenta previa with a velamentous cord insertion, because as the pregnancy advances, the vasa previa may resolve in up to 25% of cases.[118]

## MANAGEMENT

There is no uniformity of opinion as to the optimal management strategy for pregnancies with a prenatally diagnosed vasa previa, particularly in regard to the timing of elective delivery, although the Society of Obstetricians and Gynaecologists of Canada has published a guideline for management.[119] It has been suggested that patients be hospitalized at 30 to 32 weeks' gestation and delivered at 35 to 36 weeks without confirmation of lung maturity by amniocentesis.[17] This approach is based on the 10% risk of membrane rupture before labor and the high associated fetal mortality rate. The Society for Maternal-Fetal Medicine recommends delivery between 34 and 35 weeks' gestation, based on much of the same available data.[120] One decision analysis comparing 11 strategies for delivery timing concluded that delivery at 34 to 35 weeks' gestation best balanced the risk of prematurity with the risk of neonatal mortality,[121] and another suggested that delivery at 33 weeks optimized maternal and fetal outcomes.[122] Our approach has been to assess cervical length weekly from at least 30 weeks' gestation using TVUS. If the cervix is 2.5 cm in length or greater, out-of-hospital management continues. The patient is administered betamethasone just before 34 weeks' gestation and is delivered by cesarean section between 34 and 35 weeks, without additional testing for fetal lung maturity.

## PREVENTION OF ADVERSE OUTCOMES

A significant reduction in fetal mortality should be possible with a diligent search as previously described. Public and professional awareness has been heightened by such organizations as the International Vasa Previa Foundation (http://www.vasaprevia.com). However, a careful, detailed fetal ultrasound study in the second trimester should detect most cases, and timing of delivery between 34 and 35 weeks' gestation will usually result in a favorable outcome.

# Subchorionic Hemorrhage

Subchorionic hemorrhage (SCH) is not generally considered to be part of the spectrum of placental abruption. It occurs in the first half of pregnancy and manifests with bleeding only, rather than the more dramatic clinical presentation seen with placental abruption. It usually presents with bleeding in the first or early second trimester, and a retroplacental blood clot is usually seen on TVUS. It is disconcerting to women who have the experience, and it is associated with slightly increased risk of adverse pregnancy outcomes. A representative view of a typical subchorionic bleed is shown in Fig. 46.7. In 2010, a retrospective review of 63,966 pregnancies revealed SCH in 1081 (1.7%). These women were at increased risk of abruption (OR = 2.6; 95% confidence interval [CI], 1.8 to 3.7) and preterm delivery.[123] A subsequent literature review and meta-analysis compared 1735 women with SCH to more than 70,000 controls. Those with SCH had greater risks of spontaneous abortion (OR = 2.18; CI, 1.29 to 3.68) and abruption (OR = 5.71; CI, 3.91 to 8.33). There was also a slightly higher risk of premature membrane rupture and preterm delivery, although the absolute risks




**Figure 46.7** A large (6.5-cm) subchorionic hemorrhage at 12 weeks 6 days of gestation.

remained low.[124] A third study compared 512 women with SCH to 1024 normal controls, and observed that preterm birth occurred in 12.5% of those with SCH, compared to 7.3% in controls.[125] These observations should help to provide counseling to women who experience early bleeding and retroplacental hematoma formation.

Although there is a slight increase in the risk of adverse pregnancy outcomes in women with SCH, they should be reassured that most SCHs resolve and result in the birth of healthy infants. There is no clear evidence that reduced activity, pelvic rest, or increased surveillance with ultrasound or nonstress tests improves outcomes. Nonetheless, some ultrasounds may provide emotional reassurance for the parents.

# Abruptio Placentae

## DEFINITION AND EPIDEMIOLOGY

Abruptio placentae is the premature separation of a normally sited placenta before birth, after 20 weeks' gestation. It is a particularly hazardous condition associated with significant maternal and fetal morbidity and mortality. About 1% of all pregnancies are complicated by clinically recognized abruption.[126-130] The degree of abruption ranges across a broad clinical spectrum, from minor degrees of placental separation, with little effect on maternal or fetal outcome, to major abruption associated with fetal death and maternal morbidity. Abruption sufficient to cause fetal death occurs in about 1 of every 420 deliveries.[131] If placentas are routinely examined after delivery, evidence of abruption may be found in almost 4% of cases, most of which were unrecognized and of no apparent clinical consequence. There has been an increase of almost 25% in the rate of clinically detected abruption in the United States in recent decades, with a disproportionate increase seen among African-American women.[132]

The incidence of abruption peaks between 24 and 26 weeks' gestation.[133] Approximately 10% of all preterm births occur because of abruption,[126] and the infant outcomes are associated with increased rates of perinatal asphyxia,[134] intraventricular hemorrhage, periventricular leukomalacia,[135] and cerebral palsy[136] when compared with gestational age–matched controls. Perinatal mortality in pregnancies complicated by abruption may be declining overall,[129,137] but the rate continues to be higher than in gestational age–matched controls



**Figure 46.8 Abruptio placentae.** A large retroplacental abruption at 30 weeks' gestation.

without abruption.[133] Placental separation is strongly associated with preterm premature rupture of the membranes (pPROM), in both a causal and a consequential manner.[138] Most pregnancies complicated by abruption result in the delivery of an infant weighing less than the 10th percentile for gestational age,[139-141] suggesting a common pathway linking abruption to placental dysfunction and intrauterine growth retardation (IUGR).

## PATHOGENESIS

Abruption results from bleeding between the decidua and placenta (Fig. 46.8). The hemorrhage dissects the decidua apart, with loss of the corresponding placental area for gaseous exchange and provision of fetal nutrition. The process may be self-limited or ongoing with further dissection of the decidua. Dissection can lead to external bleeding if it reaches the placental edge and tracks down between the fetal membranes; circumferential dissection leading to near-total separation of the placenta can occur, particularly with concealed abruption. The underlying event in many cases of abruption is thought to be vasospasm of abnormal maternal arterioles. Some cases may result from venous hemorrhage into areas of the decidua that have become necrotic secondary to thrombosis. Long-standing predisposition to abruption may be inferred from the finding that women destined to suffer abruption have low levels of pregnancy-associated plasma protein A (PAPP-A).[142] Evidence of preexisting placental pathology in women with abruption includes poor trophoblastic invasion,[143] inadequate remodeling of the uterine circulation as reflected by abnormal uterine artery Doppler flow,[144] and the well-established associations among preeclampsia, IUGR, and abruption—all of these may be regarded as primary placental disorders. Abruption may also occur secondary to acute shearing forces affecting the placenta-decidua interface, such as those that occur with trauma—particularly rapid deceleration injuries (motor vehicle accidents) and the sudden decompression of an overdistended uterus that occurs with membrane rupture in polyhydramnios or delivery of a multiple gestation.

As the abruption process continues, loss of placental function results in fetal hypoxia possibly ending in fetal death. The acute hemorrhage activates the coagulation cascade and, with ongoing bleeding, disseminated intravascular coagulation (DIC) may result. Continued bleeding, with maternal hypovolemia and poor tissue perfusion, aggravates the DIC and results in a downward spiral into hemorrhagic shock. Bleeding into the myometrial tissue can lead to a Couvelaire uterus, which becomes atonic and increases the risk of uterine hemorrhage after delivery.

### *Risk Factors and Associations for Abruption*

The most important risk factor for abruption is a history of abruption in a prior pregnancy.[145,146] One meta-analysis showed an increase of up to 20-fold in the risk of abruption if a prior pregnancy had been similarly affected.[147] With two prior pregnancies complicated by abruption, the risk of recurrence is 25%.[131]

Maternal hypertension is also a significant risk factor for abruption. Chronic hypertension is associated with a fivefold increase in risk, which rises to eightfold with superimposed preeclampsia.[133] Preeclampsia alone is also strongly linked to abruption and to the severity of abruption.[148] It seems plausible that preeclampsia and abruption share many underlying pathologic mechanisms.

Perhaps the most readily preventable risk factor for abruption is cigarette smoking. Cigarette smokers are up to 2.5 times more likely to have an abruption than nonsmokers,[149-153] and they have twice the perinatal mortality of nonsmokers.[154] There is a dose-response relationship between the number of cigarettes smoked and the risk of abruption.[152,155,156] Even women who stop smoking before pregnancy are at increased risk. Substance abuse is also closely linked to abruption: Any agent that causes vasospasm or transient severe hypertension may be causative.[157,158] In the United States, as many as 10% of pregnant women who are cocaine or crack cocaine users will experience placental abruption.[159] Multiparity is also positively correlated with a small increase in the risk of abruption.[1,159] The apparent association between maternal age and abruption is not significant when parity is taken into account. The presence of uterine fibroids is associated with about a doubling in the risk of abruption.[160]

There has been substantial interest in the possible association between thrombophilic disorders and abruption. Some retrospective studies of abruption have found increased rates of thrombophilia.[161-163] However, both retrospective[163] and prospective case-control studies[164] of women with the factor V Leiden mutation showed no increase in abruption risk. It is established that hyperhomocysteinemia is associated with abruption,[162] although, in the absence of this condition, the specific *MTHFR* gene mutations themselves are not associated with an increased risk.[165,166]

Motor vehicle accidents are the most common traumatic event associated with abruption, and clinical evidence of abruption may not be apparent for 24 hours or longer after the trauma. Women with vaginal bleeding or contractions after a motor vehicle accident should be observed for at least 24 hours; those who are asymptomatic can safely be discharged after 6 hours of monitoring.[167,168]

Membrane rupture may precede or follow chronic retroplacental bleeding or an acute abruption, and women with ruptured membranes should be monitored carefully for this possibility.[147,169] Those with early pregnancy bleeding who have an SCH visible by ultrasound are also at increased risk for both pPROM and abruption.[124]

Screening tests performed for other indications may identify groups of women who are at increased risk for abruption but have no other high-risk factors. These tests include maternal first- and second-trimester serum screening for aneuploidy. Women with PAPP-A levels below the fifth percentile at the time of first-trimester serum screening for trisomy 21 have an increased risk of abruption,[142] but low levels of human chorionic gonadotropin in the first trimester are not similarly associated.[170] In one study of routine uterine artery Doppler velocimetry performed at 11 to 14 weeks' gestation as a screen for IUGR and preeclampsia, a pulsatility index higher than the 95th percentile or a PAPP-A value lower than the 10th percentile predicted 43% of pregnancies with a subsequent abruption.[171] In an earlier study of uterine artery Doppler ultrasound, persistent notching of the waveform after 24 weeks was associated with increased risk for abruption as well as IUGR and preeclampsia.[144]

Women with otherwise unexplained elevated serum levels (>2 multiples of the median [MoM]) of alpha fetoprotein (AFP) on second-trimester serum screening for trisomy 21 have long been thought to be at increased risk for a wide range of adverse pregnancy outcomes, including abruption.[172,173] However, a case-matched, prospective study found elevated AFP levels to be associated with an increased risk of abruption but no increase in the frequency of IUGR, preterm delivery, low birth weight, or fetal death.[174] An attempt to establish a critical cutoff value for elevated AFP and increased risk of abruption stressed the low specificity and high rate of false-positive results.[174]

Elevated human chorionic gonadotropin values at the time of second-trimester serum screening have similarly been associated with adverse pregnancy outcome, including abruption.[175] Previously, a value greater than 2.0 MoM was thought to be significant in this context, but one case-control study showed that the threshold should be set at 3.0 MoM. Even at that level, a positive test had poor predictive value and was not associated with increased risk of abruption.[176] Abnormal inhibin values do not appear to be predictive of abruption.

## DIAGNOSIS

The diagnosis of placental abruption is made based on clinical findings. The classic presentation is that of vaginal bleeding, usually accompanied by abdominal (uterine) pain. Examination often reveals uterine tenderness, and contractions may be present. About 10% of abruptions are concealed, with no vaginal bleeding. If bleeding is present, the amount is often a poor guide to the degree of separation, because there is usually a mixed picture of apparent and concealed hemorrhage. Fetal compromise is a common finding, and if more than 50% of the placenta is involved, fetal death is likely. Massive concealed abruption often manifests with severe pain, a hard uterus, and a dead fetus; such a picture may occur in association with severe preeclampsia or recent use of a vasoactive drug such as cocaine.[177] If abruption occurs in a posteriorly located placenta, severe back pain may be the only symptom; it may be worsened by abdominal palpation that pushes the fetus against the placenta. Abruption may precipitate preterm labor, and it should always be considered in the differential diagnosis for a patient in apparent idiopathic preterm labor.

Although ultrasonography is an integral part of the diagnostic approach to late-pregnancy bleeding, its utility is primarily for the exclusion of placenta previa as the cause of hemorrhage. At least 50% of abruptions produce no findings on ultrasound.[178-180] What is visualized by ultrasound depends on the site, scale, and timing of bleeding. In early acute abruptions, blood and clot retained within the uterus appear as hyperechoic or isoechoic collections relative to placental echogenicity.[181] In cases that remain undelivered, the hematomas resolve over several weeks, becoming hypoechoic and then sonolucent, usually by 2 weeks after the event.[181] Intrauterine clot may "jiggle" when bounced by the transducer (the "jello" sign). An acute abruption with obvious vaginal bleeding, in which little or no blood is retained within the uterus, may have no specific sonographic findings. Therefore the absence of ultrasound findings never excludes an abruption.

Cardiotocography is an integral part of the evaluation for late-pregnancy bleeding. Abruption is commonly accompanied by uterine contractions that may not be appreciated clinically, particularly after trauma.[182] Fetal heart rate tracings may exhibit a variety of abnormal patterns, including variable and late decelerations, poor variability, prolonged bradycardia, or a sinusoidal pattern; these are not specific to abruption and reflect underlying evolving fetal asphyxia.

Kleihauer-Betke testing is of no diagnostic value in abruption: It may be negative with proven abruption[167,168,183] or positive when no abruption has occurred. Its only value in this setting is to guide Rh immune globulin dosing in Rh-negative women who are thought to have sustained an abruption.

Chronic abruption-oligohydramnios sequence (CAOS) is a term that was coined to describe women who present with bleeding attributed to abruption and go on to develop oligohydramnios without evidence of ruptured membranes.[184] Twenty-four patients were described, all of whom delivered preterm (average gestational age, 28 weeks). For the most part, the earlier the onset of bleeding, the earlier the delivery. More than half of the women went on to develop pPROM before delivery and after the development of oligohydramnios.

## MANAGEMENT

The key to optimizing maternal and fetal outcomes in abruptio placentae is the individualization of care. Precise management depends on the extent of maternal and fetal compromise and the gestational age. Decision making should be rapid but methodical; delay in diagnosis and inappropriate triage lead to significantly increased perinatal mortality.[185] Twenty percent of all fetal deaths from abruption occur after presentation to the hospital, and 30% of those deaths occur within 2 hours after admission.

Initial assessment should focus on maternal hemodynamic status (remembering that blood pressure may be elevated in the setting of preeclampsia) and fetal well-being. Maternal vital signs should be measured frequently because they may change suddenly as the abruption evolves. Electronic fetal monitoring should begin immediately and be continuous throughout further assessment and management. A large-gauge intravenous line should be placed (two lines if the patient is hemodynamically unstable). Initial laboratory studies should include a baseline complete blood count and platelet count, type and screen and type and cross-match where appropriate, blood urea nitrogen and electrolytes, coagulation studies, and a wall clot. These studies serve as useful baseline references. An indwelling bladder catheter should be placed to allow urinary output to be

closely monitored. In unstable or critically ill patients, management may be aided by placement of a central venous pressure line (preferably with a Cordis introducer) or an arterial line. The involvement of the obstetric anesthetic team should be sought early.

After these steps are taken, attention should be directed at excluding a placenta previa (by ultrasound examination) and deciding on the timing and route of delivery. Maternal or fetal compromise mandates immediate delivery, usually by cesarean section unless the patient is in an advanced stage of labor. If the event occurs after 34 weeks' gestation, delivery should not be delayed because the risks of conservative management outweigh any considerations of prematurity of the fetus. Between 20 and 34 weeks, if mother and fetus are stable, an attempt at conservative management may be considered.[186,187] Betamethasone should be administered to enhance fetal lung maturity in all such cases. The patient should be monitored closely because she continues to be at risk of an evolving process. The use of tocolytics is controversial; in most cases, they should not be used. Although studies addressing this issue have found no increase in adverse fetal or maternal events,[28,186-188] no prospective trial has been performed.

If the patient has sustained a mild separation at a premature gestational age and is asymptomatic without evidence of bleeding, discharge home may be considered as an alternative to prolonged hospitalization. Either way, a clear management plan for delivery should be developed based on subsequent events or the reaching of an arbitrary gestational age (usually 37 weeks). The evaluation of patients undergoing expectant management should include regular assessment of fetal growth and tests of well-being, because these fetuses are at increased risk for IUGR.

If an abruption occurs after 34 weeks' gestation and maternal and fetal conditions permit, vaginal delivery is preferred. Amniotomy should be performed, and, if needed, an oxytocin infusion should be started. Labor usually progresses rapidly, even without augmentation. However, if progress is slow or maternal or fetal status deteriorates, cesarean section should be performed. If abruption has resulted in fetal death, vaginal delivery is preferred unless there are other obstetric contraindications or the mother is hemodynamically unstable.

Coagulopathy develops in about 10% of abruptions. It usually is related to the severity of the event and is particularly likely to occur if there is fetal demise or massive hemorrhage. An aggressive approach should be used to maintain maternal blood volume and oxygen-carrying capacity, including the use of component therapy (fresh-frozen plasma and platelets). The coagulation tests most frequently used and the component replacement therapy for women with DIC are summarized in Tables 46.2 and 46.3, respectively.

**TABLE 46.2 Coagulation Tests Used in the Diagnosis of Abruptio Placentae**

| Test | What It Measures | Normal Value | Value in Abruption |
|---|---|---|---|
| Bleeding time | Vascular integrity and platelet function | 1–5 min | Usually normal; test is of little clinical use in diagnosing abruption |
| Whole blood clotting time | Platelet function | Clot formation: 4–8 min | Clot formation abnormality indicates severe deficiency |
| | Fibrinolytic activity | Clot retraction: <1 h<br>Clot lysis: none in 24 h | Abnormal retraction with thrombocytopenia |
| Fibrinogen | Fibrinogen level | 400–650 mg/100 mL | Usually decreased |
| Platelet count | Number of platelets | >140,000/mm³ | Usually decreased |
| Fibrin degradation products | Fibrin and fibrinogen degradation products | <10 µg/mL | Almost always elevated; most sensitive test |
| Euglobulin clot lysis time | Fibrinolytic activity | None in 2 h | Difficult to interpret with low fibrinogen levels |
| Prothrombin time | Factors II, V, VII, X | 10–12 s | Normal to prolonged |
| Partial thromboplastin time | Factors II, V, XIII, IX, X, XI | 24–38 s | Normal to prolonged |
| Thrombin time | Factors I, II<br>Circulating split products<br>Heparin effect | 16–20 s | Parallels fall in fibrinogen; good marker of abruption severity |
| Red blood cell morphology | Microangiopathic hemolysis | Absence of distortion or fragmentation | Presence of distortion or fragmentation is uncommon but indicates risk of renal cortical necrosis |

**TABLE 46.3 Blood Replacement Products**

| Component | Volume per Unit (mL)[a] | Factors Present | Effect of 1 Unit |
|---|---|---|---|
| Fresh whole blood | 500 | RBCs; all procoagulants | ↑ Hematocrit 3% |
| Packed RBCs | 200 | RBCs only | ↑ Hematocrit 3% |
| Fresh-frozen plasma | 200–400 | All procoagulants; no platelets | ↑ Fibrinogen 25 mg/dL |
| Cryoprecipitate | 20–50 | Fibrinogen; factors VIII, XIII | ↑ Fibrinogen 15%–25% |
| Platelet concentrate | 35–60 | Platelets; small amounts of fibrinogen; factors V, VIII | ↑ Platelet count approximately 8000/mm³ |

[a]Volume depends on individual blood bank.
*RBCs*, Red blood cells.

## PREVENTION

A prior abruption increases the risk of abruption in a subsequent pregnancy up to 20-fold.[189] Modification of risk factors includes treatment of chronic hypertension, smoking cessation, and avoidance of substance abuse. Women with hyperhomocysteinemia should be treated with folate.

## Key Points

- Reporting of placental location should use the NICHD terminology[3]—the terms *marginal* and *partial* placenta previa should be abandoned.
- All women with a placenta less than 2 cm from the cervix on a late third trimester scan should be delivered by cesarean section.
- All women with one or more prior cesarean sections and currently pregnant with placenta previa should be evaluated for placenta accreta.
- Vaginal examination should not be performed in any woman greater than 20 weeks' gestation before excluding placenta previa with ultrasound.
- Abruption remains a clinical diagnosis—imaging is useful only to exclude placenta previa.

**A full reference list is available online at ExpertConsult.com.**

## REFERENCES


1. Ananth CV, Wilcox AJ, Savitz DA, et al. Effect of maternal age and parity on the risk of uteroplacental bleeding disorders in pregnancy. *Obstet Gynecol.* 1996;88(4 Pt 1):511–516.
2. Iyasu S, Saftlas AK, Rowley DL, et al. The epidemiology of placenta previa in the United States, 1979 through 1987. *Am J Obstet Gynecol.* 1993;168:1424–1429.
3. Reddy UM, Abuhamad AZ, Levine D, et al. Fetal Imaging Workshop Invited Participants. Fetal imaging: executive summary of a joint Eunice Kennedy Shriver National Institute of Child Health and Human Development, Society for Maternal-Fetal Medicine, American Institute of Ultrasound in Medicine, American College of Obstetricians and Gynecologists, American College of Radiology, Society for Pediatric Radiology, and Society of Radiologists in Ultrasound Fetal Imaging Workshop. *J Ultrasound Med.* 2014;33(5):745–757.
4. Frederiksen MC, Glassenberg R, Stika CS. Placenta previa: a 22-year analysis. *Am J Obstet Gynecol.* 1999;180(6 Pt 1):1432–1437.
5. Hemminki E, Merilainen J. Long-term effects of cesarean sections: ectopic pregnancies and placental problems. *Am J Obstet Gynecol.* 1996;174:1569–1574.
6. Hershkowitz R, Fraser D, Mazor M, et al. One or multiple previous cesarean sections are associated with similar increased frequency of placenta previa. *Eur J Obstet Gynecol Reprod Biol.* 1995;62:185–188.
7. Monica G, Lilja C. Placenta previa, maternal smoking and recurrence risk. *Acta Obstet Gynecol Scand.* 1995;74:341–345.
8. Timor-Tritsch IE, Yunis RA. Confirming the safety of transvaginal sonography in patients suspected of placenta previa. *Obstet Gynecol.* 1993;81(5 Pt 1):742–744.
9. Williams MA, Mittendorf R. Increasing maternal age as a determinant of placenta previa: More important than increasing parity? *J Reprod Med.* 1993;38:425–428.
10. Taylor VM, Kramer MD, Vaughan TL, et al. Placenta previa and prior cesarean delivery: how strong is the association? *Obstet Gynecol.* 1994;84:55–57.
11. Handler AS, Mason ED, Rosenberg DL, et al. The relationship between exposure during pregnancy to cigarette smoking and cocaine use and placenta previa. *Am J Obstet Gynecol.* 1994;170:884–889.
12. Wexler P, Gottesfeld KR. Early diagnosis of placenta previa. *Obstet Gynecol.* 1979;54:231–234.
13. Smith RS, Lauria MR, Comstock CH, et al. Transvaginal ultrasonography for all placentas that appear to be low-lying or over the internal cervical os. *Ultrasound Obstet Gynecol.* 1997;9:22–24.
14. Leerentveld RA, Gilberts EC, Arnold MJ, et al. Accuracy and safety of transvaginal sonographic placental localization. *Obstet Gynecol.* 1990;76(5 Pt 1):759–762.
15. Rosati P, Guariglia L. Clinical significance of placenta previa detected at early routine transvaginal scan. *J Ultrasound Med.* 2000;19:581–585.
16. Hertzberg BS, Bowie JD, Carroll BA, et al. Diagnosis of placenta previa during the third trimester: role of transperineal sonography. *AJR Am J Roentgenol.* 1992;159:83–87.
17. Oyelese Y, Smulian JC. Placenta previa, placenta accreta, and vasa previa. *Obstet Gynecol.* 2006;107:927–941.
18. Becker RH, Vonk R, Mende BC, et al. The relevance of placental location at 20-23 gestational weeks for prediction of placenta previa at delivery: evaluation of 8650 cases. *Ultrasound Obstet Gynecol.* 2001;17:496–501.
19. Taipale P, Hiilesmaa V, Ylostalo P. Transvaginal ultrasonography at 18-23 weeks in predicting placenta previa at delivery. *Ultrasound Obstet Gynecol.* 1998;12:422–425.
20. Hill LM, DiNofrio DM, Chenevey P. Transvaginal sonographic evaluation of first-trimester placenta previa. *Ultrasound Obstet Gynecol.* 1995;5:301–303.
21. Mustafa SA, Brizot ML, Carvalho MH, et al. Transvaginal ultrasonography in predicting placenta previa at delivery: a longitudinal study. *Ultrasound Obstet Gynecol.* 2002;20:356–359.
22. Lauria MR, Smith RS, Treadwell MC, et al. The use of second-trimester transvaginal sonography to predict placenta previa. *Ultrasound Obstet Gynecol.* 1996;8:337–340.
23. Dashe JS, McIntire DD, Ramus RM, et al. Persistence of placenta previa according to gestational age at ultrasound detection. *Obstet Gynecol.* 2002;99(5 Pt 1):692–697.
24. Ghourab S. Third-trimester transvaginal ultrasonography in placenta previa: does the shape of the lower placental edge predict clinical outcome? *Ultrasound Obstet Gynecol.* 2001;18:103–108.
25. Cotton DB, Read JA, Paul RH, et al. The conservative aggressive management of placenta previa. *Am J Obstet Gynecol.* 1980;137:687–695.
26. Love CD, Wallace EM. Pregnancies complicated by placenta praevia: what is appropriate management? *Br J Obstet Gynaecol.* 1996;103:864–867.
27. Brenner WE, Edelman DA, Hendricks CH. Characteristics of patients with placenta previa and results of "expectant management. *Am J Obstet Gynecol.* 1978;132:180–191.
28. Towers CV, Pircon RA, Heppard M. Is tocolysis safe in the management of third-trimester bleeding? *Am J Obstet Gynecol.* 1999;180(6 Pt 1):1572–1578.
29. Besinger RE, Moniak CW, Paskiewicz LS, et al. The effect of tocolytic use in the management of symptomatic placenta previa. *Am J Obstet Gynecol.* 1995;172:1770–1775, discussion 1775–1778.
30. Sharma A, Suri V, Gupta I. Tocolytic therapy in conservative management of symptomatic placenta previa. *Int J Gynaecol Obstet.* 2004;84:109–113.
31. Droste S, Keil K. Expectant management of placenta previa: cost-benefit analysis of outpatient treatment. *Am J Obstet Gynecol.* 1994;170(5 Pt 1):1254–1257.
32. Mouer JR. Placenta previa: antepartum conservative management, inpatient versus outpatient. *Am J Obstet Gynecol.* 1994;170:1683–1685, discussion 1685–1686.
33. Rosen DM, Peek MJ. Do women with placenta praevia without antepartum haemorrhage require hospitalization? *Aust N Z J Obstet Gynaecol.* 1994;34:130–134.
34. Wing DA, Paul RH, Millar LK. Management of the symptomatic placenta previa: a randomized, controlled trial of inpatient versus outpatient expectant management. *Am J Obstet Gynecol.* 1996;175(4 Pt 1):806–811.
35. D'Angelo LJ, Irwin LF. Conservative management of placenta previa: a cost-benefit analysis. *Am J Obstet Gynecol.* 1984;149:320–326.
36. Arias F. Cervical cerclage for the temporary treatment of patients with placenta previa. *Obstet Gynecol.* 1988;71:545–548.
37. Cobo E, Conde-Agudelo A, Delgado J, et al. Cervical cerclage: an alternative for the management of placenta previa? *Am J Obstet Gynecol.* 1998;179:122–125.
38. Oppenheimer LW, Farine D, Ritchie JW, et al. What is a low-lying placenta? *Am J Obstet Gynecol.* 1991;165(4 Pt 1):1036–1038.
39. Bhide A, Prefumo F, Moore J, et al. Placental edge to internal os distance in the late third trimester and mode of delivery in placenta praevia. *BJOG.* 2003;110:860–864.
40. Dawson WB, Dumas MD, Romano WM, et al. Translabial ultrasonography and placenta previa: does measurement of the os-placenta distance predict outcome? *J Ultrasound Med.* 1996;15:441–446.
41. Royal College of Obstetricians and Gynaecologists (RCOG). *Placenta Praevia, Placenta Praevia Accreta and Vasa Praevia: Diagnosis and Management. Green-Top Guideline No. 27.* London, UK: RCOG; 2011.
42. Boehm FH, Fleischer AC, Barrett JM. Sonographic placental localization in the determination of the site of uterine incision for placenta previa. *J Ultrasound Med.* 1982;1:311–314.
43. B-Lynch C, Coker A, Lawal AH, et al. The B-Lynch surgical technique for the control of massive postpartum haemorrhage: an alternative to hysterectomy? Five cases reported. *Br J Obstet Gynaecol.* 1997;104:372–375.
44. Maher MA, Abdelaziz A. Comparison between two management protocols for postpartum hemorrhage during cesarean section in placenta previa: balloon protocol versus non-balloon protocol. *J Obstet Gynaecol Res.* 2017;43:447–455.
45. Zlatnik MG, Little SE, Kohli P, et al. When should women with placenta previa be delivered? A decision analysis. *J Reprod Med.* 2010;55(9–10):373–381.
46. Blackwell SC. Timing of delivery for women with stable placenta previa. *Semin Perinatol.* 2011;35(5):249–251.
47. American College of Obstetricians and Gynecologists. ACOG committee opinion no. 560: medically indicated late-preterm and early-term deliveries. *Obstet Gynecol.* 2013;121(4):908–910.
48. Bonner SM, Haynes SR, Ryall D. The anaesthetic management of Caesarean section for placenta praevia: a questionnaire survey. *Anaesthesia.* 1995;50:992–994.
49. Parekh N, Husaini SW, Russell IF. Caesarean section for placenta praevia: a retrospective study of anaesthetic management. *Br J Anaesth.* 2000;84:725–730.
50. Hong JY, Jee YS, Yoon HJ, et al. Comparison of general and epidural anesthesia in elective cesarean section for placenta previa totalis: maternal hemodynamics, blood loss and neonatal outcome. *Int J Obstet Anesth.* 2003;12:12–16.
51. Usta IM, Hobeika EM, Musa AA, et al. Placenta previa-accreta: risk factors and complications. *Am J Obstet Gynecol.* 2005;193(3 Pt 2):1045–1049.
52. Silver RM, Landon MB, Rouse DJ, et al. Maternal morbidity associated with multiple repeat cesarean deliveries. *Obstet Gynecol.* 2006;107:1226–1232.

53. Clark SL, Koonings PP, Phelan JP. Placenta previa/accreta and prior cesarean section. *Obstet Gynecol.* 1985;66:89–92.
54. Chattopadhyay SK, Kharif H. Sherbeeni MM: Placenta praevia and accreta after previous caesarean section. *Eur J Obstet Gynecol Reprod Biol.* 1993;52:151–156.
55. Lira Plascencia J, Ibarguengoitia Ochoa F, Arqueta Z. Placenta previa/accreta and previous cesarean section: experience of five years at the Mexico National Institute of Perinatology. *Gynecol Obstet Mex.* 1995;63:337–340.
56. Rashbaum WK, Gates EJ, Jones J, et al. Placenta accreta encountered during dilation and evacuation in the second trimester. *Obstet Gynecol.* 1995;85(5 Pt 1):701–703.
57. Silver RM. Abnormal placentation: placenta previa, vasa previa, and placenta accreta. *Obstet Gynecol.* 2015;126:654–668.
58. Comstock CH. Antenatal diagnosis of placenta accreta: a review. *Ultrasound Obstet Gynecol.* 2005;26:89–96.
59. Warshak CR, Eskander R, Hull AD, et al. Accuracy of ultrasonography and magnetic resonance imaging in the diagnosis of placenta accreta. *Obstet Gynecol.* 2006;108(3 Pt 1):573–581.
60. Levine D, Hulka CA, Ludmir J, et al. Placenta accreta: evaluation with color Doppler US, power Doppler US, and MR imaging. *Radiology.* 1997;205:773–776.
61. Finberg HJ, Williams JW. Placenta accreta: prospective sonographic diagnosis in patients with placenta previa and prior cesarean section. *J Ultrasound Med.* 1992;11:333–343.
62. Berkley EM, Abuhamad AZ. Prenatal diagnosis of placenta accreta. Is sonography all we need? *J Ultrasound Med.* 2013;32:1345–1350.
63. Comstock CH, Bronsteen RA. The antenatal diagnosis of placenta accreta. *BJOG.* 2014;121:171–181.
64. Bowman ZS, Eller AG, Kennedy AM, et al. Accuracy of ultrasound for the prediction of placenta accreta. *Am J Obstet Gynecol.* 2014;210:e1–e7.
65. Bowman ZS, Eller AG, Kennedy AM, et al. Interobserver variability of ultrasound for the prediction of placenta accreta. *J Ultrasound Med.* 2014;33:2153–2158.
66. Lerner JP, Deane S, Timor-Tritsch IE. Characterization of placenta accreta using transvaginal sonography and color Doppler imaging. *Ultrasound Obstet Gynecol.* 1995;5:198–201.
67. Chou MM, Tseng JJ, Ho ES, et al. Three-dimensional color power Doppler imaging in the assessment of uteroplacental neovascularization in placenta previa increta/percreta. *Am J Obstet Gynecol.* 2001;185:1257–1260.
68. Twickler DM, Lucas MJ, Balis AB, et al. Color flow mapping for myometrial invasion in women with a prior cesarean delivery. *J Matern Fetal Med.* 2000;9:330–335.
69. Ballas J, Pretorius D, Hull AD, et al. Identifying sonographic markers for placenta accreta in the first trimester. *J Ultrasound Med.* 2012;31:1835–1841.
70. Rac MW, Moschos E, Wells CE, et al. Sonographic findings of morbidly adherent placenta in the first trimester. *J Ultrasound Med.* 2016;35:263–269.
71. Timor-Tritsch IE, Monteagudo A, Cali G, et al. Cesarean scar pregnancy is a precursor of morbidly adherent placenta. *Ultrasound Obstet Gynecol.* 2014;44:346–353.
72. Maldjian C, Adam R, Pelosi M, et al. MRI appearance of placenta percreta and placenta accreta. *Magn Reson Imaging.* 1999;17:965–971.
73. Balacer P, Pahade J, Spektor M, et al. Magnetic resonance imaging and sonography in the diagnosis of placental invasion. *J Ultrasound Med.* 2016;35:1445–1456.
74. Riteau A-S, Tassin M, Chambon G, et al. Accuracy of ultrasonography and magnetic resonance imaging in the diagnosis of placenta accreta. *PLoS ONE.* 2014;9:e94866.
75. Millischer AE, Salamon LJ, Porcher R, et al. Magnetic resonance imaging for abnormally invasive placenta: the added value of intravenous gadolinium injection. *BJOG.* 2017;124:88–95.
76. Ray JG, Vermeulen MJ, Bharatha A, et al. Association between MRI exposure during pregnancy and fetal and childhood outcomes. *JAMA.* 2016;316:952–961.
77. Zelop CM, Harlow BL, Frigoletto FD Jr, et al. Emergency peripartum hysterectomy. *Am J Obstet Gynecol.* 1993;168:1443–1448.
78. Kwee A, Bots ML, Visser GH, et al. Emergency peripartum hysterectomy: a prospective study in The Netherlands. *Eur J Obstet Gynecol Reprod Biol.* 2006;124:187–192.
79. Eller AG, Porter TF, Soisson P, et al. Optimal management strategies for placenta accreta. *BJOG.* 2009;116:648–654.
80. Warshak CR, Ramos GA, Eskander R, et al. Effect of predelivery diagnosis in 99 consecutive cases of placenta accreta. *Obstet Gynecol.* 2010;115:65–69.
81. Tikkanen M, Paavonen J, Loukovaara M, et al. Antenatal diagnosis of placenta accreta leads to reduced blood loss. *Acta Obstet Gynecol Scand.* 2011;90:1140–1146.
82. Eller AG, Bennett MA, Sharshiner M, et al. Maternal morbidity in cases of placenta accreta managed by a multidisciplinary care team compared with standard obstetric care. *Obstet Gynecol.* 2011;117(2 Pt 1):331–337.
83. Robinson BK, Grobman WA. Effectiveness of timing strategies for delivery of individuals with placenta previa and accreta. *Obstet Gynecol.* 2010;116:835–842.
84. Eller AG, Bennett MA, Sharshiner M, et al. Maternal morbidity in cases of placenta accreta managed by a multidisciplinary team compared with standard obstetric care. *Obstet Gynecol.* 2011;117:331–337.
85. Wright JD, Herzog TJ, Shah M, et al. Regionalization of care for obstetric hemorrhage and its effect on maternal mortality. *Obstet Gynecol.* 2010;115:1194–1200.
86. Al-Khan A, Gupta V, Illsley NP, et al. Maternal and fetal outcomes in placenta accreta after institution of team-managed care. *Reprod Sci.* 2014;21:761–771.
87. Shamshirsaz AA, Fox K, Salmanian B, et al. Maternal morbidity in patients with morbidly adherent placenta treated with and without a standardized multidisciplinary approach. *AmJ Obstet Gynecol.* 2015;212:218.e1–218.e9.
88. Bodner LJ, Nosher JL, Gribbin C, et al. Balloon-assisted occlusion of the internal iliac arteries in patients with placenta accreta/percreta. *Cardiovasc Intervent Radiol.* 2006;29:354–361.
89. Shrivastava V, Nageotte M, Major C, et al. Case-control comparison of cesarean hysterectomy with and without prophylactic placement of intravascular balloon catheters for placenta accreta. *Am J Obstet Gynecol.* 2007;197(402):e401–e405.
90. Ballas J, Ramos GA, Warshak CR, et al. Preoperative intravascular balloon catheters and surgical outcomes in pregnancies complicated by placenta accreta: literature review and analysis. *Am J Obstet Gynecol.* 2012;206:S153.
91. Dilauro MD, Dason S, Athreya S. Prophylactic balloon occlusion of internal iliac arteries in women with placenta accreta: literature review and analysis. *Clin Radiol.* 2012;67:515–520.
92. Jaffe R, DuBeshter B, Sherer DM, et al. Failure of methotrexate treatment for term placenta percreta. *Am J Obstet Gynecol.* 1994;171:558–559.
93. Matthews NM, McCowan LM, Patten P. Placenta praevia accreta with delayed hysterectomy. *Aust N Z J Obstet Gynaecol.* 1996;36:476–479.
94. Mussalli GM, Shah J, Berck DJ, et al. Placenta accreta and methotrexate therapy: three case reports. *J Perinatol.* 2000;20:331–334.
95. Sentilhes L, Ambroselli C, Kayem G, et al. Maternal outcome after conservative treatment of placenta accreta. *Obstet Gynecol.* 2010;115:526–534.
96. Provansal M, Courbiere B, Agostini A, et al. Fertility and obstetric outcome after conservative management of placenta accreta. *Int J Gynaecol Obstet.* 2010;109:147–150.
97. Varma TR. Fetal growth and placental function in patients with placenta praevia. *J Obstet Gynaecol Br Commonw.* 1973;80:311–315.
98. Crane JM, van den Hof MC, Dodds L, et al. Neonatal outcomes with placenta previa. *Obstet Gynecol.* 1999;93:541–544.
99. Spinillo A, Fazzi E, Stronati M, et al. Early morbidity and neurodevelopmental outcome in low-birthweight infants born after third trimester bleeding. *Am J Perinatol.* 1994;11:85–90.
100. Li DK, Wi S. Maternal placental abnormality and the risk of sudden infant death syndrome. *Am J Epidemiol.* 1999;149:608–611.
101. Gielchinsky Y, Mankuta D, Rojansky N, et al. Perinatal outcome of pregnancies complicated by placenta accreta. *Obst Gynecol.* 2004;104:527–530.
102. Ruiter L, Kok N, Limpens J, et al. Incidence of and risk indicators for vasa praevia: a systematic review. *BJOG.* 2016;123(8):1278–1287.
103. Oyelese KO, Turner M, Lees C, et al. Vasa previa: an avoidable obstetric tragedy. *Obstet Gynecol Surv.* 1999;54:138–145.
104. Lijoi AF, Brady J. Vasa previa diagnosis and management. *J Am Board Fam Pract.* 2003;16:543–548.
105. Francois K, Mayer S, Harris C, et al. Association of vasa previa at delivery with a history of second-trimester placenta previa. *J Reprod Med.* 2003;48:771–774.
106. Schachter M, Tovbin Y, Arieli S, et al. In vitro fertilization is a risk factor for vasa previa. *Fertil Steril.* 2002;78:642–643.
107. VanDrie DM, Kammeraad LA. Vasa previa: case report, review and presentation of a new diagnostic method. *J Reprod Med.* 1981;26:577–580.
108. Antoine C, Young BK, Silverman F, et al. Sinusoidal fetal heart rate pattern with vasa previa in twin pregnancy. *J Reprod Med.* 1982;27:295–300.
109. Catanzarite V, Maida C, Thomas W, et al. Prenatal sonographic diagnosis of vasa previa: ultrasound findings and obstetric outcome in ten cases. *Ultrasound Obstet Gynecol.* 2001;18:109–115.
110. Lee W, Lee VL, Kirk JS, et al. Vasa previa: prenatal diagnosis, natural evolution, and clinical outcome. *Obstet Gynecol.* 2000;95:572–576.

111. Daly-Jones E, Hollingsworth J, Sepulveda W. Vasa praevia: second trimester diagnosis using colour flow imaging. *Br J Obstet Gynaecol*. 1996;103:284–286.
112. Sepulveda W, Rojas I, Robert JA, et al. Prenatal detection of velamentous insertion of the umbilical cord: a prospective color Doppler ultrasound study. *Ultrasound Obstet Gynecol*. 2003;21:564–569.
113. Nomiyama M, Toyota Y, Kawano H. Antenatal diagnosis of velamentous umbilical cord insertion and vasa previa with color Doppler imaging. *Ultrasound Obstet Gynecol*. 1998;12:426–429.
114. Oyelese Y, Catanzarite V, Prefumo F, et al. Vasa previa: the impact of prenatal diagnosis on outcomes. *Obstet Gynecol*. 2004;103(5 Pt 1):937–942.
115. Nimmo MJ, Kinsella D, Andrews HS. MRI in pregnancy: the diagnosis of vasa previa by magnetic resonance imaging. *Bristol Med Chir J*. 1988;103:12.
116. Oyelese Y, Chavez MR, Yeo L, et al. Three-dimensional sonographic diagnosis of vasa previa. *Ultrasound Obstet Gynecol*. 2004;24:211–215.
117. Canterino JC, Mondestin-Sorrentino M, Muench MV, et al. Vasa previa: prenatal diagnosis and evaluation with 3-dimensional sonography and power angiography. *J Ultrasound Med*. 2005;24:721–724, quiz 725.
118. Rebarber A, Dolin C, Fox NS, et al. Natural history of vasa previa across gestation using a screening protocol. *J Ultrasound Med*. 2014;33:141.
119. Gagnon R, Morin L, Bly S, et al. Guidelines for the management of vasa previa. *J Obstet Gynaecol Can*. 2009;31:748–760.
120. SMFM Publications Committee, Sinkey RG, Odibo AO, et al. Diagnosis and Management of Vasa Previa. *Am J Obstet Gynecol*. 2015;213:615.
121. Robinson BK, Grobman WA. Effectiveness of timing strategies for delivery of individuals with vasa previa. *Obstet Gynecol*. 2011;117:542–549.
122. Hoover MA, Allen A, La Rochelle F, et al. Timing delivery of vasa previa: a decision analysis. *Obstet Gynecol*. 2014;123:148S.
123. Norman SM, Odibo AO, Macones GA, et al. Ultrasound-detected subchorionic hemorrhage and the obstetric implications. *Obstet Gynecol*. 2010;116(2 Pt 1):311–315.
124. Tuuli MG, Norman SM, Odibo AO, et al. Perinatal outcomes in women with subchorionic hematoma: a systematic review and meta-analysis. *Obstet Gynecol*. 2011;117:1205–1212.
125. Palatnik A, Grobman WA. The relationship between first-trimester subchorionic hematoma, cervical length, and preterm birth. *Am J Obstet Gynecol*. 2015;213:403.
126. Ananth CV, Berkowitz GS, Savitz DA, et al. Placental abruption and adverse perinatal outcomes. *JAMA*. 1999;282:1646–1651.
127. Ananth CV, Wilcox AJ. Placental abruption and perinatal mortality in the United States. *Am J Epidemiol*. 2001;153:332–337.
128. Salihu HM, Bekan B, Aliyu MH, et al. Perinatal mortality associated with abruptio placenta in singletons and multiples. *Am J Obstet Gynecol*. 2005;193:198–203.
129. Rasmussen S, Irgens LM, Bergsjo P, et al. The occurrence of placental abruption in Norway 1967-1991. *Acta Obstet Gynecol Scand*. 1996;75:222–228.
130. Ananth CV, Lavery JA, Vintzileos AM, et al. Severe placental abruption: clinicaldefinition and associations with maternal complications. *Am J Obstet Gynecol*. 2016;214(2):272.e1–272.e9.
131. Pritchard JA, Mason R, Corley M, et al. Genesis of severe placental abruption. *Am J Obstet Gynecol*. 1970;108:22–27.
132. Ananth CV, Oyelese Y, Yeo L, et al. Placental abruption in the United States, 1979 through 2001: temporal trends and potential determinants. *Am J Obstet Gynecol*. 2005;192:191–198.
133. Oyelese Y, Ananth CV. Placental abruption. *Obstet Gynecol*. 2006;108:1005–1016.
134. Perlman JM, Risser R. Can asphyxiated infants at risk for neonatal seizures be rapidly identified by current high-risk markers? *Pediatrics*. 1996;97:456–462.
135. Gibbs JM, Weindling AM. Neonatal intracranial lesions following placental abruption. *Eur J Pediatr*. 1994;153:195–197.
136. Spinillo A, Fazzi E, Stronati M, et al. Severity of abruptio placentae and neurodevelopmental outcome in low birth weight infants. *Early Hum Dev*. 1993;35:45–54.
137. Naeye RL, Harkness WL, Utts J. Abruptio placentae and perinatal death: a prospective study. *Am J Obstet Gynecol*. 1977;128:740–746.
138. Rosen T, Schatz F, Kuczynski E, et al. Thrombin-enhanced matrix metalloproteinase-1 expression: a mechanism linking placental abruption with premature rupture of the membranes. *J Matern Fetal Neonatal*. 2002;11:11–17.
139. Hibbard BM, Jeffcoate TN. Abruptio placentae. *Obstet Gynecol*. 1966;27:155–167.
140. Sheiner E, Shoham-Vardi I, Hallak M, et al. Placental abruption in term pregnancies: clinical significance and obstetric risk factors,. *J Matern Fetal Neonatal*. 2003;13:45–49.
141. Ananth CV, Smulian JC, Srinivas N, et al. Risk of infant mortality among twins in relation to placental abruption: contributions of preterm birth and restricted fetal growth. *Twin Res Hum Genet*. 2005;8:524–531.
142. Dugoff L, Hobbins JC, Malone FD, et al. First-trimester maternal serum PAPP-A and free-beta subunit human chorionic gonadotropin concentrations and nuchal translucency are associated with obstetric complications: a population-based screening study (the FASTER trial). *Am J Obstet Gynecol*. 2004;191:1446–1451.
143. Dommisse J, Tiltman AJ. Placental bed biopsies in placental abruption. *Br J Obstet Gynaecol*. 1992;99:651–654.
144. Harrington K, Cooper D, Lees C, et al. Doppler ultrasound of the uterine arteries: the importance of bilateral notching in the prediction of pre-eclampsia, placental abruption or delivery of a small-for-gestational-age baby. *Ultrasound Obstet Gynecol*. 1996;7:182–188.
145. Toivonen S, Heinonen S, Anttila M, et al. Obstetric prognosis after placental abruption. *Fetal Diagn Ther*. 2004;19:336–341.
146. Tikkanen M. Placental abruption: epidemiology, risk factors and consequences. *Acta Obstet Gynecol Scand*. 2011;90:140–149.
147. Ananth CV, Savitz DA, Williams MA. Placental abruption and its association with hypertension and prolonged rupture of membranes: a methodologic review and meta-analysis. *Obstet Gynecol*. 1996;88:309–318.
148. Golditch IM, Boyce NE Jr. Management of abruptio placentae. *JAMA*. 1970;212:288–293.
149. Cnattingius S. Maternal age modifies the effect of maternal smoking on intrauterine growth retardation but not on late fetal death and placental abruption. *Am J Epidemiol*. 1997;145:319–323.
150. Kramer MS, Usher RH, Pollack R, et al. Etiologic determinants of abruptio placentae. *Obstet Gynecol*. 1997;89:221–226.
151. Castles A, Adams EK, Melvin CL, et al. Effects of smoking during pregnancy: five meta-analyses. *Am J Prev Med*. 1999;16:208–215.
152. Ananth CV, Savitz DA, Luther ER. Maternal cigarette smoking as a risk factor for placental abruption, placenta previa, and uterine bleeding in pregnancy. *Am J Epidemiol*. 1996;144:881–889.
153. Ananth CV, Smulian JC, Vintzileos AM. Incidence of placental abruption in relation to cigarette smoking and hypertensive disorders during pregnancy: a meta-analysis of observational studies. *Obstet Gynecol*. 1999;93:622–628.
154. Raymond EG, Mills JL. Placental abruption: maternal risk factors and associated fetal conditions. *Acta Obstet Gynecol Scand*. 1993;72:633–639.
155. Kyrklund-Blomberg NB, Gennser G, Cnattingius S. Placental abruption and perinatal death. *Paediatr Perinat Epidemiol*. 2001;15:290–297.
156. Misra DP, Ananth CV. Risk factor profiles of placental abruption in first and second pregnancies: heterogeneous etiologies. *J Clin Epidemiol*. 1999;52:453–461.
157. Kennare R, Heard A, Chan A. Substance use during pregnancy: risk factors and obstetric and perinatal outcomes in South Australia. *Aust N Z J Obstet Gynaecol*. 2005;45:220–225.
158. Addis A, Moretti ME, Ahmed Syed F, et al. Fetal effects of cocaine: an updated meta-analysis. *Reprod Toxicol*. 2001;15:341–369.
159. Hoskins IA, Friedman DM, Frieden FJ, et al. Relationship between antepartum cocaine abuse, abnormal umbilical artery Doppler velocimetry, and placental abruption. *Obstet Gynecol*. 1991;78:279–282.
160. Jenabi E, Ebrahimzadeh Zagami S. The association between uterine leiomyoma andplacenta abruption: a meta-analysis. *J Matern Fetal Neonatal Med*. 2017;30:2742–2746.
161. Kupferminc MJ, Eldor A, Steinman N, et al. Increased frequency of genetic thrombophilia in women with complications of pregnancy. *N Engl J Med*. 1999;340:9–13.
162. Goddijn-Wessel TA, Wouters MG, van de Molen EF, et al. Hyperhomocysteinemia: a risk factor for placental abruption or infarction. *Eur J Obstet Gynecol Reprod Biol*. 1996;66:23–29.
163. Prochazka M, Happach C, Marsal K, et al. Factor V Leiden in pregnancies complicated by placental abruption. *BJOG*. 2003;110:462–466.
164. Dizon-Townson D, Miller C, Sibai B, et al. The relationship of the factor V Leiden mutation and pregnancy outcomes for mother and fetus. *Obstet Gynecol*. 2005;106:517–524.
165. Jaaskelainen E, Keski-Nisula L, Toivonen S, et al. MTHFR C677T polymorphism is not associated with placental abruption or pre-eclampsia in Finnish women. *Hypertens Pregnancy*. 2006;25:73–80.
166. Jarvenpaa J, Pakkila M, Savolainen ER, et al. Evaluation of factor V Leiden, prothrombin and methylenetetrahydrofolate reductase gene mutations in patients with severe pregnancy complications in northern Finland. *Gynecol Obstet Invest*. 2006;62:28–32.
167. Dahmus MA, Sibai BM. Blunt abdominal trauma: are there any predictive factors for abruptio placentae or maternal-fetal distress? *Am J Obstet Gynecol*. 1993;169:1054–1059.

168. Towery R, English TP, Wisner D. Evaluation of pregnant women after blunt injury. *J Trauma*. 1993;35:731–735, discussion 735–736.
169. Major CA, de Veciana M, Lewis DF, et al. Preterm premature rupture of membranes and abruptio placentae: is there an association between these pregnancy complications? *Am J Obstet Gynecol*. 1995;172(2 Pt 1):672–676.
170. Yaron Y, Ochshorn Y, Heifetz S, et al. First trimester maternal serum free human chorionic gonadotropin as a predictor of adverse pregnancy outcome. *Fetal Diagn Ther*. 2002;17:352–356.
171. Pilalis A, Souka AP, Antsaklis P, et al. Screening for pre-eclampsia and small for gestational age fetuses at the 11-14 weeks scan by uterine artery Dopplers. *Acta Obstet Gynecol Scand*. 2007;86:530–534.
172. Katz VL, Chescheir NC, Cefalo RC. Unexplained elevations of maternal serum alpha-fetoprotein. *Obstet Gynecol Surv*. 1990;45:719–726.
173. Jauniaux E, Gulbis B, Tunkel S, et al. Maternal serum testing for alpha-fetoprotein and human chorionic gonadotropin in high-risk pregnancies. *Prenat Diagn*. 1996;16:1129–1135.
174. Tikkanen M, Hamalainen E, Nuutila M, et al. Elevated maternal second-trimester serum alpha-fetoprotein as a risk factor for placental abruption. *Prenat Diagn*. 2007;27:240–243.
175. van Rijn M, van der Schouw YT, Hagenaars AM, et al. Adverse obstetric outcome in low- and high-risk pregnancies: predictive value of maternal serum screening. *Obstet Gynecol*. 1999;94:929–934.
176. Towner D, Gandhi S, El Kady D. Obstetric outcomes in women with elevated maternal serum human chorionic gonadotropin. *Am J Obstet Gynecol*. 2006;194:1676–1681, discussion 1681–1672.
177. Nyberg DA, Mack LA, Benedetti TJ, et al. Placental abruption and placental hemorrhage: correlation of sonographic findings with fetal outcome. *Radiology*. 1987;164:357–361.
178. Glantz C, Purnell L. Clinical utility of sonography in the diagnosis and treatment of placental abruption. *J Ultrasound Med*. 2002;21:837–840.
179. Sholl JS. Abruptio placentae: clinical management in nonacute cases. *Am J Obstet Gynecol*. 1987;156:40–51.
180. Jaffe MH, Schoen WC, Silver TM, et al. Sonography of abruptio placentae. *AJR Am J Roentgenol*. 1981;137:1049–1054.
181. Nyberg DA, Cyr DR, Mack LA, et al. Sonographic spectrum of placental abruption. *AJR Am J Roentgenol*. 1987;148:161–164.
182. Warner MW, Salfinger SG, Rao S, et al. Management of trauma during pregnancy. *A N Z J Surg*. 2004;74:125–128.
183. Emery CL, Morway LF, Chung-Park M, et al. The Kleihauer-Betke test. Clinical utility, indication, and correlation in patients with placental abruption and cocaine use. *Arch Pathol Lab Med*. 1995;119:1032–1037.
184. Elliott JP, Gilpin B, Strong TH Jr, et al. Chronic abruption-oligohydramnios sequence. *J Reprod Med*. 1998;43:418–422.
185. Knab DR. Abruptio placentae: an assessment of the time and method of delivery. *Obstet Gynecol*. 1978;52:625–629.
186. Bond AL, Edersheim TG, Curry L, et al. Expectant management of abruptio placentae before 35 weeks gestation. *Am J Perinatol*. 1989;6:121–123.
187. Combs CA, Nyberg DA, Mack LA, et al. Expectant management after sonographic diagnosis of placental abruption. *Am J Perinatol*. 1992;9:170–174.
188. Saller DN Jr, Nagey DA, Pupkin MJ, et al. Tocolysis in the management of third trimester bleeding. *J Perinatol*. 1990;10:125–128.
189. Rasmussen S, Irgens LM, Dalaker K. Outcome of pregnancies subsequent to placental abruption: a risk assessment. *Acta Obstet Gynecol Scand*. 2000;79:496–501.
190. Chelmow D, Andrew DE, Baker ER. Maternal cigarette smoking and placenta previa. *Obstet Gynecol*. 1996;87:703–706.